# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH IRVIN BOLTON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION 19-168-CG-MU-C |
| BP EXPLORATION & PRODUCTION INC., et al., | ) |
| Defendant. | ) |

## ORDER

The parties having filed a Stipulation of Dismissal with Prejudice on October 25, 2019 (Doc. 33), it is **ORDERED** that all claims in this action are hereby **DISMISSED with prejudice**. Each party shall bear his, or its own costs.

**DONE and ORDERED** this 29th day of Octdober, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE